PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 27 2008

at /0 o'clock and 35 min. A M.
SUE BEITIA, CLERK

# United States District Court

for the

## DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: ALBERT M. SANTIAGO       Case Number: CR 03-00233HG-01

Name of Sentencing Judicial Officer:   The Honorable Helen Gillmor
                                       Chief U.S. District Judge

Date of Original Sentence: 12/1/2003

Original Offense:   Distribution of Approximately 2.2 Grams of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), a Class C felony

Original Sentence:   Twenty-four (24) months imprisonment and three (3) years supervised release with the following special conditions: 1) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) That the defendant is prohibited from possessing any illegal or dangerous weapons; 3) That the fine of $1,000 is due immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon release on supervision; 4) That the defendant provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office; and 5) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Prob 12B
(7/93)

2

Type of Supervision:  Supervised Release     Date Supervision Commenced:  8/11/2005

## PETITIONING THE COURT

[X]  To modify the conditions of supervision as follows:

*General Condition:*   *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two periodic drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.*

## CAUSE

The subject's term of supervision commenced on 8/11/2005. Prior to his release on supervision, he was oriented to the conditions and expectations of supervision. The subject was provided a copy of his supervision conditions. He was subsequently referred to Hina Mauka for substance abuse counseling and drug testing. On 8/31/2006, the subject completed the substance abuse treatment program at Hina Mauka.

As the Court is aware, United States v. Stephens (9th Cir. 2005) limited our office to collecting three (3) random drug tests outside of a substance abuse treatment program.

On 5/12/2008, a confidential source contacted the undersigned and reported that the subject was using methamphetamine. On 5/13/2008, the subject reported to the undersigned. When questioned about his possible drug use, the subject denied using any illicit substances. The undersigned was unable to collect a drug test from the subject as our office had already collected three (3) drug tests.

Considering the above circumstances, it is recommended that the Court amend the mandatory drug testing condition. The subject has a history of drug abuse, specifically the abuse of methamphetamine. The modification of this mandatory condition will provide the Probation Office with the ability to collect additional drug tests from the subject. If granted the modification, our office will be able to better monitor the subject and detect any possible relapse.

Prob 12B
(7/93)

3

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections.

Respectfully submitted by,

*[signature]*

ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

Approved by:

*[signature]*

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 5/23/2008

---

THE COURT ORDERS:

[X]   The Modification of Conditions as Noted Above
[ ]   Other

*[signature]*

HELEN GILLMOR
Chief U.S. District Judge

5·23·08
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]    To modify the conditions of supervision as follows:

      *General Condition:*    *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two periodic drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.*

Witness: _____      Signed: _____
ALYSA K. MAKAHANALOA                ALBERT SANTIAGO
U.S. Probation Officer Assistant             Supervised Releasee

5/13/08
_____
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]    To modify the conditions of supervision as follows:

    *General Condition:*    *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two periodic drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.*

Witness: _____    Signed: _____
ALYSA K. MAKAHANALOA                   ALBERT SANTIAGO
U.S. Probation Officer Assistant             Supervised Releasee

5/13/08
Date