# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 03-00233HG-01 |
| CASE NAME: | United States of America Vs. Albert M. Santiago |
| ATTYS FOR PLA: | Jonathan Loo |
| ATTYS FOR DEFT: | Donna Gray |
| U.S.P.O.: | Alysa K. Makahanaloa |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Gloria Bediamol |
| DATE: | 08/07/2008 | TIME: | 2:30 - 2:55 |

COURT ACTION:   EP: ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED:

Defendant present with counsel Donna gray.

Defendant admits to Violation No. 1 as stated in the Request for Course of Action filed on August 4, 2008.

Court finds that this is a Grade C violation, Criminal History Category I.

The defendant addressed the Court.

The supervised release is Revoked.

Imprisonment - 1 day.

Supervised Release 12 months under the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4.  That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5.  That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

6.  That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7.  That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

8.  That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

    Defendant advised of his right to appeal.

    MITTIMUS: August 8, 2008 at 2:00 p.m. Defendant to report to FDC, Honolulu.

Submitted by:   Dottie Miwa, Courtroom Manager