# AMENDED MINUTES

CASE NUMBER:   CRIMINAL 03-00233HG-01

CASE NAME:   United States of America vs. Albert M. Santiago

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Helen Gillmor          REPORTER:

DATE:   08/08/2008              TIME:

---

COURT ACTION:  Defendant Albert M. Santiago's mittimus date is Monday, August 11, 2008 at 2:00 p.m. and Not Friday, August 8, 2008 at 2:00 p.m.

Defendant to report to FDC, Honolulu.

Submitted by:   Dottie Miwa, Courtroom Manger