AO 83 (Rev. 12/85) Summons in a Criminal Case

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 08 2008

at 9 o'clock and 20 min. A M.
SUE BEITIA, CLERK

CR 03-00233 HG
Albert M. Santiago

# RETURN OF SERVICE

Service as made by me on:[1]                                    Date

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: _Judge Gillmor's Courtroom._

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on __8/7/08__
              Date

Mark M. Hanohano
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

ORIGINAL

AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 03-00233 HG |

Albert M. Santiago
(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>Courtroom 'AHA NONOI |
|---|---|
| Before: Helen Gillmor, Chief United States District Judge | Date and Time<br>08/07/2008 @ 2:15 p.m. |

To Answer a(n) Probation/Supervised Release Violation Petition

Charging you with a violation of Title  United States Code, Section(s) .

Brief description of offense:
ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED.

Sue Beitia, Clerk of Court
Name and Title of Issuing Officer

/s/ Sue Beitia by BA
Signature of Issuing Officer/Deputy Clerk

August 5, 2008
Date